**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8674 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Virginia PEREZ-Lascarez, ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 23, 2008, within the Southern District of California, defendant Virginia PEREZ-Lascarez, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF JULY 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
        v.
Virginia PEREZ-Lascarez

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative reports that the Defendant, Virginia PEREZ-Lascarez (PEREZ), a citizen of Mexico, was found and arrested on July 23, 2008, near Ocotillo, California.

Border Patrol Agents encountered PEREZ after having crossed the International Boundary with Mexico into the United States. PEREZ was arrested for being illegally present in the United States.

An investigation of records revealed PEREZ was previously removed from the United States on May 5, 2000. Further records check revealed PEREZ has a serious criminal record.

PEREZ was found in the United States without having sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.